dismissal of the claim. The State appropriated certain lots of land in Ulster county for park purposes under the provisions of chapter 451 of the Laws of 1916 and of chapter 146 of the Laws of 1917. The question was whether title to said lots at the time of their appropriation was in the claimant or in the State.

*Lewis E. Carr* and *J. Sheldon Frost* for appellant.

*Albert Ottinger, Attorney-General (A. C. Taylor* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

EDWARD W. COON, Respondent, *v.* NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Appellant.

*Insurance (fire) — appraisal — fraud — action to set aside appraisal of loss by fire on ground of fraud and to recover actual loss.*

*Coon* v. *National Fire Ins. Co.,* 218 App. Div. 812, affirmed.

(Argued October 18, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 17, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was in equity to set aside an award made by appraisers under a New York standard fire insurance policy of fire insurance upon the grounds of fraud and misrepresentations in the appointment of the appraisers, that the appraisal was improperly conducted and the award inadequate and to recover plaintiff's alleged loss by fire.

*Charles B. Sullivan* for appellant.

*Delos M. Cosgrove, W. A. Porter* and *Loren E. Harter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.